IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN CHRISTOPHER McGUIRE,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 2:21-CR-325-TS-11<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant Jonathan Christopher McGuire's Motion for Early Termination of Supervised Release. For the reasons discussed below, the Court will deny the Motion.

Defendant pleaded guilty to Use of a Communication Facility in a Drug Trafficking Crime on April 3, 2023. On June 14, 2023, the Court sentenced him to 48 months' imprisonment to be followed by 12 months of supervised release. Defendant began his term of supervision on September 6, 2024. Consultation with Defendant's supervising officer confirms that Defendant has done well while on supervision and satisfied all conditions. Defendant filed the instant Motion for Early Termination of Supervised Release on February 4, 2025.

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that certain factors are met. While the Court commends Defendant on his successes, he is not yet eligible for early termination of supervised release because he not completed one year supervision as required by statute.

1

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 544) is DENIED.

DATED this 18th day of February, 2025.

BY THE COURT:

Ted Stewart
United States District Judge